**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.136.175.43**

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/27/2018 03:18:32 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 10/27/2018 02:22:45 | E0F5AE588A3EB396863483FB8FD6AF8B15C29723 | Cum In For An Orgy |
| 10/27/2018 02:21:27 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 07/18/2018 02:42:58 | B002F3E3AA48C55EC5681ADDBB77C07A374F2FAB | Stripshow Sex |
| 07/18/2018 01:43:18 | 40C4DBCA9FD987613EA49BB71233369C1172974A | Sunset Love |
| 07/18/2018 01:42:41 | 27E955743A676CCB05D14BCFDA8FB51AFB2B2734 | The Morning After |
| 07/18/2018 01:42:32 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |
| 07/17/2018 04:21:57 | 7F82BD81B5ABABB4B01B41EA0F35B8A93F8BC7C6 | Summertime Sex |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

STX237