United States District Court
Southern District of Texas
**ENTERED**
February 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-04782 |
| | § | |
| JOHN DOE, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The Court has been informed that a Settlement Agreement is pending in this case.

IT IS HEREBY ORDERED that all deadlines and hearings are terminated. Parties must file final dismissal papers within 90 days from the date of this order or appear for a Status Conference scheduled May 22, 2020 at 10:00 a.m.

It is so ORDERED. 02/11/2020.

_____
The Honorable Alfred H. Bennett
United States District Judge