United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-04782 |
| | § | |
| JOHN DOE, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed February 26, 2020 (Doc# 31), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 05/08/2020.

_____
The Honorable Alfred H. Bennett
United States District Judge